UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN CAMPBELL,

    Plaintiff(s),

v.

JO ANNE B. BARNHART,
Comm'r of Social Security,

    Defendant(s).
_____/

Case No. 04-73143

Honorable Nancy G. Edmunds

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [18]

This matter has come before the Court on the Magistrate Judge's July 15, 2005 Report and Recommendation. Begin fully advised in the premises and having reviewed the record and the pleadings, including objections, the Court ACCEPTS and ADOPTS the Magistrate's Report and Recommendation. Thus, the Court hereby orders as follows:

- the Magistrate Judge's Report and Recommendation [18] is ACCEPTED and ADOPTED;

- Defendant's motion for summary judgment [13] is GRANTED;

- Plaintiff's motion for summary judgment [15] is DENIED.

SO ORDERED.

        s/Nancy G. Edmunds
        Nancy G. Edmunds
        United States District Judge

Dated: August 3, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 3, 2005, by electronic and/or ordinary mail.

        s/Carol A. Hemeyer
        Case Manager